IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | Case No. 15-22840 CMB |
| Georgetta P. Salva | ) | Chapter 13 |
|     Debtor(s) | ) | |
| | ) | Doc #_____ |
| Ronda J. Winnecour, Chapter 13 Trustee | ) | |
|     Movant(s) | ) | |
| | ) | |
| vs. | ) | |
| Georgetta P. Salva | ) | |
|     Respondent(s) | ) | |

**NOTICE OF HEARING AND RESPONSE DEADLINE
REGARDING TRUSTEE'S MOTION TO DISMISS
(TELEPHONIC PROCEDURE EFFECTIVE MARCH 16, 2020**

TO THE RESPONDENT(S):

You are hereby notified that the above Movant seeks an order affecting your rights or property.

You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant a response to the motion no later than **September 3, 2020,** (i.e., twenty (20) days after the date of service below), in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of the presiding Judge as found on the Court's webpage at www.pawb.uscourts.gov. If you fail to timely file and serve a written response, an order granting relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify it a default order was signed or if the hearing will go forward as scheduled.

You should take this Notice and the Motion to your lawyer at once.

**A telephonic hearing** will be held on **September 16, 2020, at 11:00 a.m. before Judge Carlota Bohm.** Only a limited time of ten (10) minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date. Parties or counsel of record who intent to participate in the hearing shall appear **telephonically** and shall make arrangements as directed by Judge Bohm's Modified Telephonic Procedures at http://www/pawb.uscourts.gov/procedures-1 at least 24 hours in advance

Date of Service: 8-14-2020     /s/ Ronda J. Winnecour
                                                  Ronda J. Winnecour (PA I.D. #30399)
                                                  Attorney and Trustee
                                                  U.S. Steel Tower – Suite 3250
                                                  600 Grant St.
                                                  Pittsburgh, PA  15219
                                                  (412) 471-5566
                                                  cmecf@chapter13trusteewdpa.com

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                          Case No. 15-22840-CMB
Georgetta P. Salva                                              Chapter 13
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0315-2          User: dsaw                Page 1 of 1          Date Rcvd: Aug 14, 2020
                              Form ID: pdf900           Total Noticed: 13
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 16, 2020.
```
db             +Georgetta P. Salva,    2217 Spring Street,    Pittsburgh, PA 15210-2624
cr             +DITECH FINANCIAL LLC,    14841 Dallas Parkway, Suite 300,    Dallas, TX 75254-7883
cr             +Ditech Financial LLC,    Timothy D. Padgett, P.A.,   c/o Evan S. Singer,    6267 Old Water Oak Rd,
                 Tallahassee, FL 32312-3844
cr             +New Residential Mortgage LLC,    RAS Crane, LLC,    10700 Abbott's Bridge Road, Suite 170,
                 Duluth, GA 30097-8461
14088592       +Aas Debt Recovery Inc,    Po Box 129,   Monroeville, PA 15146-0129
14098492      ++GREENTREE SERVICING LLC,    BANKRUPTCY DEPARTMENT,    P O BOX 6154,    RAPID CITY SD 57709-6154
                (address filed with court:   Green Tree Servicing LLC,    PO BOX 6154,    Rapid City, SD 57709-6154,
                 Telephone # 888-298-7785)
14098493       +Green Tree Servicing LLC,    PO BOX 0049,   Palatine, IL 60055-0049,    Telephone 60055-0049
14088594       +Greentree,    P.O. Box 6172,    Rapid City, SD 57709-6172
15182457        New Residential Mortgage LLC,    P.O. Box 10826,    Greenville, SC 29603-0826
14088595       +Professnl Acct Mgmt In,    Pam Po Box 391,    Milwaukee, WI 53201-0391
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14088593       +E-mail/Text: bdsupport@creditmanagementcompany.com Aug 15 2020 04:27:13
                 Credit Management Co,    2121 Noblestown Rd,    Pittsburgh, PA 15205-3956
14148630       +E-mail/Text: kburkley@bernsteinlaw.com Aug 15 2020 04:27:24     Duquesne Light Company,
                 c/o Peter J. Ashcroft,,    Bernstein-Burkley, P.C.,,    707 Grant St., Suite 2200, Gulf Tower,,
                 Pittsburgh, PA 15219-1945
14115167       +E-mail/Text: sbse.cio.bnc.mail@irs.gov Aug 15 2020 04:26:11     Internal Revenue Service,
                 1000 Liberty Ave Room 711B,    Pittsburgh, PA 15222-4107
                                                                                              TOTAL: 3
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Duquesne Light Company
cr              Green Tree Servicing LLC
                                                                                  TOTALS: 2, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

---

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 16, 2020                                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 14, 2020 at the address(es) listed below:
```
              James Warmbrodt    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
              James Warmbrodt    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
              Kevin M Buttery    on behalf of Creditor    Ditech Financial LLC kbuttery@rascrane.com
              Mary F. Kennedy    on behalf of Creditor    Green Tree Servicing LLC mary@javardianlaw.com,
               angie.harrigan@javardianlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Peter J. Ashcroft    on behalf of Creditor    Green Tree Servicing LLC pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Shawn N. Wright    on behalf of Debtor Georgetta P. Salva shawn@shawnwrightlaw.com,
               wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com
                                                                                              TOTAL: 9
```