# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
  GEORGETTA P. SALVA

       Debtor(s)
Ronda J. Winnecour, Trustee
  Movant
    vs.
GEORGETTA P. SALVA


    Respondents

Case No.15-22840CMB


Chapter 13


Document No._____67____

| ORDER TO STOP PAYROLL DEDUCTIONS |
| --- |

AND NOW, this ____17th____ day of __December__, 20__20__ it is hereby ORDERED, ADJUDGED, and DECREED that,

St Clair Hospital
Attn: Payroll Manager
1000 Bower Hill Rd
Pittsburgh,PA 15243

is hereby ordered to immediately terminate the attachment of the wages of GEORGETTA P. SALVA, social security number XXX-XX-7336.  No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of GEORGETTA P. SALVA.


Carlota M. Böhm
dmk
Carlota M. Böhm
Chief United States Bankruptcy Court Judge

cc: Debtor(s)
    Debtor(s) Attorney
    Debtor(s) Employer

FILED
12/17/20 12:47 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                          Case No. 15-22840-CMB

Georgetta P. Salva                                                                          Chapter 13

    Debtor(s)

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: dsaw | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Dec 17, 2020 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 19, 2020:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Georgetta P. Salva, 2217 Spring Street, Pittsburgh, PA 15210-2624 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| | + Email/Text: PFS.Analyst@stclair.org | Dec 18 2020 04:39:00 | St. Clair Hospital, Atten: Payroll, 1000 Bower Hill Road, Pittsburgh, PA 15243-1873 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 19, 2020                          Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 17, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Ditech Financial LLC bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor DITECH FINANCIAL LLC bnicholas@kmllawgroup.com |
| Charles Griffin Wohlrab | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing cwohlrab@rascrane.com |
| Kevin M Buttery | |

on behalf of Creditor Ditech Financial LLC kbuttery@rascrane.com

Mary F. Kennedy

on behalf of Creditor Green Tree Servicing LLC mary@javardianlaw.com  angie.harrigan@javardianlaw.com

Office of the United States Trustee

ustpregion03.pi.ecf@usdoj.gov

Peter J. Ashcroft

on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com
ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

Peter J. Ashcroft

on behalf of Creditor Green Tree Servicing LLC pashcroft@bernsteinlaw.com
ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

Ronda J. Winnecour

cmecf@chapter13trusteewdpa.com

Shawn N. Wright

on behalf of Debtor Georgetta P. Salva shawn@shawnwrightlaw.com
wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com


TOTAL: 10