IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | |
| GEORGETTA P. SALVA, | : | |
|     Debtor | : | Bankruptcy No.  15-22840 |
| | : | |
| GEORGETTA P. SALVA, | : | |
|     Movant | : | Chapter 13 |
| vs. | : | |
| | : | |
| No Respondent | : | |

## DEBTOR'S CERTIFICATION OF DISCHARGE ELIGIBILITY

1. The Debtor has made all payments required by the Chapter 13 Plan.

2. The Debtor is not required to pay any Domestic Support Obligations

3. The Debtors is entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtors have not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtors ineligible for a discharge.

4. On September 17, 2015, Debtor complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing *Certification About A Financial Management Course* (Form 423), with the *Certificate of Completion* attached to the form.

   This Certification is being signed under penalty of perjury by Undersigned. Counsel duly questioned Debtor about the statements in this Certification and verified the answers in support of this Certification.

December 23, 2020              Attorney for Debtor,

/s/Shawn N. Wright
Shawn N. Wright, Esquire
7240 McKnight Road
Pittsburgh, PA 15237
(412) 920-6565
Pa. I.D. No. 64103
shawn@shawnwrightlaw.com

**PAWB Local Form 24 (07/13)**