IN THE UNITED STATES BANKRUPTCY COURT
Pennsylvania Western District

| | |
|---|---|
| In Re: | Case Number: 15-22840-CMB |
| Georgetta P. Salva | Chapter 13 |
| DEBTOR | Document No. |
| ---------------------------------------- | Hearing Date: |
| Shawn Wright | 2/17/2021 @ 2 pm |
| APPLICANT | |
| vs. | |
| NO RESPONDENT | |

**CERTIFICATE OF NO OBJECTION REGARDING MOTION TO APPROVE PROFESSIONAL FEES**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion to Approve Fees filed on January 14, 2021 has been received.  The undersigned further certifies that the Court's docket has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon.  Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than February 1, 2021.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.


Dated: January 14, 2021          /s/ Shawn Wright
                                 7240 McKnight Rd.
                                 Pittsburgh, PA 15237
                                 412-920-6565; PA64103
                                 shawn@shawnwrightlaw.com