IN THE UNITED STATES BANKRUPTCY COURT
Pennsylvania Western District

In Re:

Georgetta P. Salva

DEBTOR
----------------------------------------
Shawn Wright

APPLICANT

vs.

NO RESPONDENT

Case Number: 15-22840-CMB

Chapter 13

Document No. 71
Hearing Date:

## ENTERED BY DEFAULT

### ORDER OF COURT

**AND NOW,** to-wit, this   2nd   day of  February   ,2021, the **APPLICATION OF Shawn Wright FOR FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES AS COUNSEL FOR THE DEBTOR** is approved for the total amount of **$4,550.00** for services rendered on behalf of the Debtor(s) for the period between October 18, 2015 through December 28, 2020, which represents $4,550.00 in attorney fees and $0.00 in costs.

Carlota M. Böhm    dmk
Chief United States Bankruptcy Court Judge

FILED
2/2/21 10:20 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Georgetta P. Salva  
    Debtor

Case No. 15-22840-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: dsaw      Page 1 of 2  
Date Rcvd: Feb 02, 2021      Form ID: pdf900      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 04, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Georgetta P. Salva, 2217 Spring Street, Pittsburgh, PA 15210-2624 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 04, 2021      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 2, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Ditech Financial LLC bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor DITECH FINANCIAL LLC bnicholas@kmllawgroup.com |
| Charles Griffin Wohlrab | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing cwohlrab@raslg.com |
| Kevin M Buttery | on behalf of Creditor Ditech Financial LLC kbuttery@rascrane.com |
| Mary F. Kennedy | on behalf of Creditor Green Tree Servicing LLC mary@javardianlaw.com coleen@javardianlaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

| | | |
|---|---|---|
| District/off: 0315-2 | User: dsaw | Page 2 of 2 |
| Date Rcvd: Feb 02, 2021 | Form ID: pdf900 | Total Noticed: 1 |

Peter J. Ashcroft
    on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com
    ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

Peter J. Ashcroft
    on behalf of Creditor Green Tree Servicing LLC pashcroft@bernsteinlaw.com
    ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Shawn N. Wright
    on behalf of Debtor Georgetta P. Salva shawn@shawnwrightlaw.com
    wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com

TOTAL: 10