**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>GEORGETTA P. SALVA<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>  Chapter 13 Trustee,<br>       Movant<br>          vs.<br>No Respondents. | Case No.:15-22840<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report").  Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

March 26, 2021

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 08/06/2015 and confirmed on 9/28/15 . The case was subsequently  Completed After Confirmation

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 53,112.31 |
| Less Refunds to Debtor | 1,474.72 | |
| TOTAL AMOUNT OF PLAN FUND | | 51,637.59 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 4,550.00 | |
|   Trustee Fee | 2,404.45 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 6,954.45 |

| Creditor Type Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   NEW RESIDENTIAL MORTGAGE LLC | 0.00 | 19,504.07 | 0.00 | 19,504.07 |
|     Acct: 3267 | | | | |
|   NEW RESIDENTIAL MORTGAGE LLC | 16,082.73 | 16,082.73 | 0.00 | 16,082.73 |
|     Acct: 3267 | | | | |
| | | | | 35,586.80 |
| **Priority** | | | | |
|   SHAWN N WRIGHT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   GEORGETTA P. SALVA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   GEORGETTA P. SALVA | 1,474.72 | 1,474.72 | 0.00 | 0.00 |
|     Acct: | | | | |
|   LAW OFFICE OF SHAWN N WRIGHT | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   SHAWN N WRIGHT ESQ | 4,000.00 | 4,000.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   LAW OFFICE OF SHAWN N WRIGHT | 550.00 | 550.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXX8/20 | | | | |
|   INTERNAL REVENUE SERVICE* | 9,096.34 | 9,096.34 | 0.00 | 9,096.34 |
|     Acct: 7336 | | | | |
| | | | | 9,096.34 |
| **Unsecured** | | | | |
|   DUQUESNE LIGHT COMPANY* | 391.06 | 0.00 | 0.00 | 0.00 |
|     Acct: 7336 | | | | |
|   AAS DEBT RECOVERY INC/AMERICAN AD | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0711 | | | | |
|   CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0635 | | | | |
|   PITTSBURGH PARKING COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 8837 | | | | |
|   PITTSBURGH PARKING COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 8677 | | | | |
|   INTERNAL REVENUE SERVICE* | 10,320.33 | 0.00 | 0.00 | 0.00 |

| 15-22840 | | | | | Page 2 of 2 |
|---|---|---|---|---|---|
| Creditor Type   Creditor Name | | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | | |
|     Acct: 7336 | | | | | |
|     BRIAN C NICHOLAS ESQ | | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | | |

***N O N E***

| TOTAL PAID TO CREDITORS | | | | | 44,683.14 |
|---|---|---|---|---|---|
|   TOTAL CLAIMED | | | | | |
|   PRIORITY | 9,096.34 | | | | |
|   SECURED | 16,082.73 | | | | |
|   UNSECURED | 10,711.39 | | | | |

Date: 03/26/2021

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399  
CHAPTER 13 TRUSTEE WD PA  
600 GRANT STREET  
SUITE 3250 US STEEL TWR  
PITTSBURGH, PA  15219  
(412) 471-5566  
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    GEORGETTA P. SALVA

        Debtor(s)

    Ronda J. Winnecour
        Movant
        vs.
    No Repondents.

Case No.:15-22840

Chapter 13

Document No.:

ORDER OF COURT

    AND NOW, this _____day of _____, 20___, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Georgetta P. Salva  
    Debtor

Case No. 15-22840-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: dsaw      Page 1 of 2  
Date Rcvd: Mar 29, 2021      Form ID: pdf900      Total Noticed: 14

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 31, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Georgetta P. Salva, 2217 Spring Street, Pittsburgh, PA 15210-2624 |
| cr | + | DITECH FINANCIAL LLC, 14841 Dallas Parkway, Suite 300, Dallas, TX 75254-7883 |
| cr | + | Ditech Financial LLC, Timothy D. Padgett, P.A., c/o Evan S. Singer, 6267 Old Water Oak Rd, Tallahassee, FL 32312-3844 |
| cr | + | New Residential Mortgage LLC, RAS Crane, LLC, 10700 Abbott's Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| cr | + | NewRez LLC d/b/a Shellpoint Mortgage Servicing, Robertson, Anschutz, Schneid & Crane LLC, 10700 Abbott's Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 14088592 | + | Aas Debt Recovery Inc, Po Box 129, Monroeville, PA 15146-0129 |
| 14098492 | ++ | GREENTREE SERVICING LLC, BANKRUPTCY DEPARTMENT, P O BOX 6154, RAPID CITY SD 57709-6154 address filed with court:, Green Tree Servicing LLC, PO BOX 6154, Rapid City, SD 57709-6154, Telephone # 888-298-7785 |
| 14098493 | + | Green Tree Servicing LLC, PO BOX 0049, Palatine, IL 60055-0049, Telephone 60055-0049 |
| 14088594 | + | Greentree, P.O. Box 6172, Rapid City, SD 57709-6172 |
| 15182457 | | New Residential Mortgage LLC, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14088595 | + | Professnl Acct Mgmt In, Pam Po Box 391, Milwaukee, WI 53201-0391 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14088593 | + | Email/Text: bdsupport@creditmanagementcompany.com | Mar 30 2021 04:37:00 | Credit Management Co, 2121 Noblestown Rd, Pittsburgh, PA 15205-3956 |
| 14148630 | + | Email/Text: kburkley@bernsteinlaw.com | Mar 30 2021 04:37:00 | Duquesne Light Company, c/o Peter J. Ashcroft,, Bernstein-Burkley, P.C.,, 707 Grant St., Suite 2200, Gulf Tower,, Pittsburgh, PA 15219-1945 |
| 14115167 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 30 2021 04:34:00 | Internal Revenue Service, 1000 Liberty Ave Room 711B, Pittsburgh, PA 15222-4107 |

TOTAL: 3

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Duquesne Light Company |
| cr | | Green Tree Servicing LLC |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 31, 2021    Signature:    /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 26, 2021 at the address(es) listed below:**

**Name**  **Email Address**

Brian Nicholas
 on behalf of Creditor DITECH FINANCIAL LLC bnicholas@kmllawgroup.com

Brian Nicholas
 on behalf of Creditor Ditech Financial LLC bnicholas@kmllawgroup.com

Charles Griffin Wohlrab
 on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing cwohlrab@raslg.com

Kevin M Buttery
 on behalf of Creditor Ditech Financial LLC kbuttery@rascrane.com

Mary F. Kennedy
 on behalf of Creditor Green Tree Servicing LLC mary@javardianlaw.com coleen@javardianlaw.com

Office of the United States Trustee
 ustpregion03.pi.ecf@usdoj.gov

Peter J. Ashcroft
 on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

Peter J. Ashcroft
 on behalf of Creditor Green Tree Servicing LLC pashcroft@bernsteinlaw.com ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

Ronda J. Winnecour
 cmecf@chapter13trusteewdpa.com

Shawn N. Wright
 on behalf of Debtor Georgetta P. Salva shawn@shawnwrightlaw.com wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com

TOTAL: 10